TUCKER ELLIS LLP
Brian K. Brookey - SBN 149522
brian.brookey@tuckerellis.com
Howard A. Kroll - SBN 100981
howard.kroll@tuckerellis.com
Steven E. Lauridsen - SBN 246364
steven.lauridsen@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071-2223
Telephone:      213.430.3400
Facsimile:      213.430.3409

Attorneys for Plaintiff,
MORRIS-SHEA BRIDGE COMPANY, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORRIS-SHEA BRIDGE COMPANY, INC., an Alabama corporation<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CONDON-JOHNSON & ASSOCIATES, INC., a California corporation<br><br>　　　　　Defendant. | Case No.<br><br>**COMPLAINT FOR PATENT INFRINGEMENT; DEMAND FOR JURY TRIAL** |

For its Complaint, Plaintiff, Morris-Shea Bridge Company, Inc. ("Morris-Shea"), alleges as follows:

## NATURE OF ACTION

1. This is an action for patent infringement, brought under the patent laws of the United States, 35 U.S.C. § 271 *et seq.*

2. Specifically, this action is designed to remedy and prevent the willful infringement by Defendant Condon-Johnson & Associates, Inc. ("Condon-Johnson") of Morris-Shea's intellectual property rights.

## JURISDICTION AND VENUE

3. This Court has original jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

4. Venue is proper in this district pursuant to 28 U.S.C. §§ 1391(b)(2) and 1400(b) because a substantial part of the events and omissions giving rise to this action occurred in this district, Condon-Johnson resides and has a regular and established place of business in this district, and Condon-Johnson has committed acts of infringement in this district.

## THE PARTIES

5. Morris-Shea is an Alabama corporation having its principal place of business at 609 South 20th Street, Irondale, Alabama 35210. Morris-Shea is a specialty foundation contractor, providing deep foundation design and construction services to companies in the U.S. and beyond.

6. Morris-Shea alleges on information and belief that Condon-Johnson is a California corporation having its principal place of business at 480 Roland Way, Suite 200, Oakland, California 94621. Condon-Johnson is a direct competitor of Morris-Shea.

**COMPLAINT FOR PATENT INFRINGEMENT; DEMAND FOR JURY TRIAL**
014207.000001/1049781.1

## FIRST CLAIM FOR RELIEF

### (Infringement of U.S. Patent No. 6,283,231)

7. Morris-Shea repeats, realleges, and incorporates by reference the allegations of paragraphs 1 through 6 of this Complaint as though set forth fully here.

8. Morris-Shea is the owner by assignment of U.S. Patent No. 6,283,231 (the '231 Patent") titled Soil Displacing Method for Marking a Concrete Pile With This Auger. The '231 Patent discloses, among other things, a soil displacement screw auger, containing an auger tube, used in displacement piling work and that allows the creation of piles relatively deep into heavy ground.  A copy of the '231 Patent is attached as Exhibit A.

9. Condon-Johnson has used and continues to use a knock-off of Morris-Shea's patented displacement tool, including on a construction project at the Campus at Playa Vista, located in Playa Vista, California. Morris-Shea has never granted Condon-Johnson permission to practice the invention claimed by the '231 Patent.

10. Condon-Johnson's use of a displacement tool covered by the '231 Patent constitutes direct infringement of the '231 Patent pursuant to 35 U.S.C. § 271.

11. Condon-Johnson's infringement was and is undertaken willfully and with full knowledge of Morris-Shea's patent rights.

12. Morris-Shea has suffered and continues to suffer substantial damage as a direct result of Condon-Johnson's infringement.  Accordingly, Morris-Shea is entitled to adequate damages to compensate it for the infringement, but not less than a reasonable royalty.

13. Morris-Shea will be irreparably harmed if Condon-Johnson's patent infringement continues.  The balance of equities and public interest favor a preliminary and permanent injunction in favor of Morris-Shea, which therefore requests preliminary and permanent injunctive relief prohibiting Condon-Johnson, and its officers, employees, agents, affiliates, and anyone else in active concert with any of them, from using the

infringing displacement screw auger, or taking any other actions that would otherwise infringe the '231 Patent.

**THEREFORE**, Morris-Shea requests that the Court enter judgment in favor of Morris-Shea and against Condon-Johnson, granting the following relief:

1. An award of damages sufficient to compensate Morris-Shea for the damages caused by Condon-Johnson's infringement, but in no event less than a reasonable royalty, together with prejudgment interest from the date the infringement began;

2. A declaration that damages be increased up to three times the assessed amount, in accordance with 35 U.S.C. § 284;

3. Preliminary and permanent injunctions restraining Condon-Johnson and its officers, employees, agents, affiliates, and anyone else in active concert with it, from making, using, marketing, or commercially exploiting the infringing soil displacement screw auger or taking any other actions that would infringe the '231 Patent;

4. A declaration that this case is exceptional and an award of Morris-Shea's reasonable costs, expenses, and attorneys' fees under 35 U.S.C. § 285; and

5. Any other relief this Court deems just and proper.

DATED: January 16, 2015                    Tucker Ellis LLP


                                           By:  /s/ Brian K. Brookey
                                                Brian K. Brookey
                                                brian.brookey@tuckerellis.com
                                                Attorneys for Plaintiff,
                                                MORRIS-SHEA BRIDGE
                                                COMPANY, INC.

## DEMAND FOR A JURY TRIAL

Morris-Shea requests a jury trial of all issues asserted in this Complaint.

DATED:  January 16, 2015            Tucker Ellis LLP


                                    By:    /s/ Brian K. Brookey
                                          Brian K. Brookey
                                          brian.brookey@tuckerellis.com
                                          Attorneys for Plaintiff,
                                          MORRIS-SHEA BRIDGE
                                          COMPANY, INC.